UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-14107 |
| HAROLD E. BILBY<br>ARA BILBY | CHAPTER 13 |
| DEBTORS | JUDGE PRESTON |

**AFFIDAVIT OF DEFAULT**

STATE OF ARIZONA ) ss:
COUNTY OF MARICOPA )

Olivia Todd, being first duly sworn, says that she is President of National Default Servicing, a servicing agent for U.S. Bank and, as such, is in charge of the record of payments on the account of Harold E. Bilby and Ara Bilby.

Affiant further says that pursuant to the Agreed Order entered February 1, 2010, Debtor failed to make payments due March through June 2010, and that there is now due and owing on said note the principal sum of $101,543.37 with interest at the rate of 5.375% per annum February 1, 2008.

Affiant further sayeth naught.

_____
Olivia Todd
President

Sworn to and subscribed in my presence by the said Olivia Todd
this 8th day of July, 2010.

_____
NOTARY PUBLIC

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Affidavit of Default was forwarded by either ECF Noticing or Regular U. S. Mail this 13th day of July, 2010, to:

Harold E. Bilby, Jr., debtor
5683 Tall Oaks Drive
Milford, OH 45150
(served via US Mail)

Ara M. Bilby, debtor
5683 Tall Oaks Drive
Milford, OH 45150
(served via US Mail)

Kathleen D. Mezher
Attorney for Debtor
8075 Beeechmont Avenue
Cincinnati, OH 45255
(served via ECF Noticing)

Margaret E. Burks, Trustee
36 East Fourth Street #700
Cincinnati, OH 45202
(served via ECF Noticing)

Office of the US Trustee
36 East Seventh Street #2030
Cincinnati, OH 45202
(served via ECF Noticing)

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Erin M. Laurito