**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: July 19, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   HAROLD E. BILBY, JR.                                      CASE NO. 09-14107
   ARA M. BILBY                                                (CHAPTER 13)
   5683 TALL OAKS DRIVE                                BURTON PERLMAN
   MILFORD, OH 45150

   a/k/a
         Debtors
   SSN(1) XXX-XX-9495
   SSN(2) XXX-XX-6799
─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN
─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtors be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtors be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtors' estate in care of Debtors' Counsel minus administrative costs.

    SO ORDERED

COPIES TO:

All Creditors and Parties in Interest

# # #